IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. 11-CR-169-LRR |
| vs. | | **ORDER** |
| LINDA PIPPEN, | | |
| Defendant. | | |

_____

The matter before the court is Defendant Linda Pippen's "Motion to Change Defendant's Self-Surrender Date" ("Motion") (docket no. 27), which Defendant filed on March 21, 2012. Defendant has not shown that any of the medical conditions she lists in support of the Motion are life-threatening. Thus, the Motion is **DENIED**. Defendant is **ORDERED** to surrender to the United States Marshal for this district on **April 5, 2012 at 10:00 a.m.** Defendant is encouraged to provide the Bureau of Prisons with her current medical records.

**IT IS SO ORDERED**.

**DATED** this 22nd day of March, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA